UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID IAN CHALLENDER,

    Petitioner,

v.                                    Case No. 3:16cv95/LC/CJK

JULIE JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 8, 2016. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this order.

2.  The petition for extraordinary relief (doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

3.  The clerk is directed to close the file.

**ORDERED** on this 11th day of April, 2016.

          *s/L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**